# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ali A. M., | Civ. No. 19-243 (PJS/BRT) |
| Petitioner, | |
| v. | **Order** |
| Secretary of Homeland Security, et al., | |
| Respondents. | |

Ali A. M., *pro se* Petitioner.

Adam J. Hoskins, Esq., Assistant United States Attorney, counsel for Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 10, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 8/5/19         s/Patrick J. Schiltz_____
                    PATRICK J. SCHILTZ
                    United States District Court Judge